## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **BERNARD GRIGGS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION FILE NO.** |
| | ) | **1:21-cv-03942-AT** |
| **HIKARI BOTANICAL & HERB,** | ) | |
| **LLC, ALICIA LOUIS, and** | ) | |
| **TAYON LOUIS** | ) | |
| | ) | |
| **Defendants.** | ) | |

### CERTIFICATE OF CONSENT TO WITHDRAW

COME NOW, John D. Bennett and Hannah K. Gosch (and the law firm of Freeman Mathis & Gary, LLP), pursuant to Local Rule 83.1(E)(2) and with the consent of their clients in this case, Hikari Botanical & Herb, LLC, Alicia Louis, and Tayon Louis (hereinafter "Defendants"), and file this Certificate of Consent to withdraw as counsel for Defendants in this action.

Defendants have been advised of the items set forth in Local Rule 83.1(E)(2)(b)(B) through (H). As evidenced by their signatures below, Defendants consent to the requested withdrawal of counsel.

Respectfully submitted this 4th day of November, 2021.

[*signatures on following page*]

Hikari Botanical & Herb, LLC
By Alicia Louis

Alicia Louis

Tayon Louis

/s/ John D. Bennett
John D. Bennett
Georgia Bar No. 059212
Hannah K. Gosch
Georgia Bar No. 536845
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA  30339
T: (770) 818-0000
F: (770) 937-9960
E: jbennett@fmglaw.com
E: hkgosch@fmglaw.com

*Counsel for Defendants*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the within and foregoing **CERTIFICATE OF CONSENT**

**TO WITHDRAW** has been prepared in compliance with Local Rule 5.1(B) in 14-

point Times New Roman type face.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **BERNARD GRIGGS,** )<br><br>)<br>**Plaintiff,** )<br>**v.** )<br> )<br>**HIKARI BOTANICAL & HERB,** )<br>**LLC, ALICIA LOUIS, and** )<br>**TAYON LOUIS** )<br> )<br> )<br>**Defendants.** ) | **CIVIL ACTION FILE NO.**<br>**1:21-cv-03942-AT** |

**CERTIFICATE OF SERVICE**

The undersigned attorney of record for the Defendant hereby certifies that the foregoing **CERTIFICATE OF CONSENT TO WITHDRAW** was this day filed with the Clerk of the Court utilizing its CM/ECF filing system, which will provide electronic copies of same to counsel for Plaintiff, namely:

T. Robert Reid
Georgia Bar No. 600138
1030 Woodstock Road
Suite 3112
Roswell, Georgia 30075
(404) 717-6220
robreidattorney@gmail.com

This 4th day of November, 2021.

/s/ John D. Bennett
John D. Bennett
Georgia Bar No. 059212